```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA         :
           - v. -                :     INFORMATION
CHRISTIAN CAICEDO TEJEDA,        :     S3 05 Cr. 1069 (GEL)
                 Defendant.      :
- - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-25-06

**COUNT ONE**

The United States Attorney charges:

1.   In or about November 2005, in the Southern District of New York and elsewhere, CHRISTIAN CAICEDO TEJEDA, the defendant, and others known and unknown, unlawfully, wilfully and knowingly did combine, conspire, confederate and agree together and with each other to violate Title 18, United States Code, Section 1956(a)(1)(B)(i).

2.   It was a part and an object of the conspiracy that CHRISTIAN CAICEDO TEJEDA, the defendant, and co-conspirators not named as defendants herein, in an offense involving and affecting interstate and foreign commerce, knowing that property involved in financial transactions represented the proceeds of some form of unlawful activity, unlawfully, wilfully, and knowingly would and did conduct and attempt to conduct financial transactions, which in fact involved the proceeds of specified unlawful activity, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source,

ownership and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

**Overt Acts**

3.  In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

  a.  On or about November 2005, CHRISTIAN CAICEDO TEJEDA, the defendant, and another co-conspirator not named as a defendant possessed $10,000 in proceeds of illegal activity.

(Title 18, United States Code, Section 1956(h).)

**FORFEITURE ALLEGATION**

4.  As a result of the money laundering offense in violation of Title 18, United States Code, Section 1956, alleged in Count One of this Information, CHRISTIAN CAICEDO TEJEDA, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982, all property, real and personal, involved in the money laundering offense and all property traceable to such property, including but not limited to a sum of money equal to $10,000 in United States currency, in that such sum in aggregate is property which was involved in the money laundering offense or is traceable to such property.

**Substitute Asset Provision**

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which

cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 982 and 1956.)

*/s/ Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

3

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

CHRISTIAN CAICEDO TEJEDA,

Defendant.

---

**INFORMATION**

S3 05 Cr. 1069 (GEL)

(Title 18, United States Code,
Section 1956(h).)

MICHAEL J. GARCIA
United States Attorney.

---