UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
       -v-                          :   **INFORMATION**
                                    :
NURY AMPARO SALAZAR,                :   S4 05 Cr. 1069 (GEL)
                                    :
              Defendant.            :
------------------------------------x

## COUNT ONE

The United States Attorney charges:

1.   From in or about late 2004, up to and including in or about 2005, in the Southern District of New York and elsewhere, NURY AMPARO SALAZAR, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that NURY AMPARO SALAZAR, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

NURY AMPARO SALAZAR,

Defendant.

**INFORMATION**

S4 05 Cr. 1069 (GEL)

(Title 21, United States Code,
Section 846.)

MICHAEL J. GARCIA
United States Attorney.

---

2/13/07  PLA. WAIVER + IND. + INFO.
DEFT. NURY SALAZAR PRES. W/ATTY. SUSAN V. TIPOGRAPH
A.U.S.A. GLENN G. McGORTY PRES.
CT. REP. MICHELE BULKLEY PRESENT
CERT. SPAN. INT. NANCY FESTINGER PRES.
DEFT. ADVISED OF RIGHTS + ARRAIGNED.
DEFT. ENTERS NOT GUILTY PLEA.
NEXT CONF. PREVIOUSLY SET FOR 3/2/07 @ 2:00 P.M.
DEFT. CONT'D. REMANDED.