**SUSAN V. TIPOGRAPH**
*Attorney at Law*
350 Broadway, Suite 700
New York, NY 10013
(212) 431-5360
(212) 625-3939 FAX

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07

<u>BY FACSIMILE</u>



July 16, 2007

Honorable Gerard e. Lynch
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Nury Salazar and Juan Salazar,</u>
    05 Cr. 1069 (GEL)

Dear Judge Lynch:

I am writing on behalf of Joanna Zapp and myself to request that the sentencing for the two Salazars (scheduled for July 23, 2007) be adjourned. Both Ms. Zapp and myself have scheduling conflicts which will prevent us from properly preparing. Ms. Zapp is also scheduled to be on trial in another matter.

We have spoken with AUSA Glen McGorty and the Government has no objection to the adjournment. I spoke this morning with Deputy Clerk Jose Lopez and he advises me that if an adjournment was granted, this Court would be available on September 5, 2007, at 12 noon for the sentencing. I thank you for your courtesy in these matters.

Very truly yours,

*Susan V. Tipograph*

Susan V. Tipograph

cc: AUSA Glen McGorty
    Joanna Zapp
    U.S.P.O. Zondra Wilson
    (all by facsimile)

*SO ORDERED
*Gerard E. Lynch*, U.S.D.J.
7/23/07